IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02779–MSK–KMT

NAKIA PETTUS,

    Plaintiff,

v.

UNITED STATES (sued in their individual and/or official capacities),
U.S. BUREAU OF PRISONS (sued in their individual and/or official capacities), and
SARA M. REVELL (warden) (sued in their individual and/or official capacities),

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Plaintiff's Ex Parte Motion to Stay Deadline for the Disclosure of Expert Witness" (#129, filed January 20, 2010) is GRANTED. As the motion for summary judgment is based upon immunity and failure to exhaust, the entire case is STAYED pending ruling on the motion for summary judgment. Defendants shall file a status report in 90 days, or within 10 days of a ruling on the motion for summary judgment, whichever date comes first.

Dated: January 25, 2010