IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02779-MSK-KMT

NAKIA PETTUS,

Plaintiff,

v.

UNITED STATES (sued in their individual and/or official capacities),
U.S. BUREAU OF PRISONS (sued in their individual and/or official capacities), and
SARA M. REVELL (Warden)(sued in their individual and/or official capacities),

Defendants.

---

## ORDER TO CURE DEFICIENCY

---

Krieger, Judge

Plaintiff submitted a Notice of Appeal, a Declaration in Support of Request for Leave to Proceed In Forma Pauperis and a Declaration in Support of Request to Proceed In Forma Pauperis on August 20, 2010 . The court has determined that the documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**  **Filing Fee**
 X    is not submitted

**(B)**  **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
 X    is not submitted
 __    is missing affidavit
 __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
 __    is missing required financial information
 __    is missing an original signature by the prisoner

1

___      is not on proper form (must use the court's current form)

___      other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED this 23rd day of August, 2010.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge

2